# No. 21-1512

# United States Court of Appeals For the Fourth Circuit

JOHN CLINTON MCCLAIN, III,

*Plaintiff-Appellant*,

v.

LYNCHBURG CITY SCHOOLS / LYNCHBURG CITY SCHOOL BOARD,

*Defendant-Appellee*.

On Appeal from the United States District Court for the Western District of Virginia at Lynchburg (The Honorable Norman K. Moon) Case No. 6:19-cv-00011-NKM

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule of Appellate Procedure 46(c), Robert Craig Wood, counsel for Defendants-Appellees Lynchburg City Schools/Lynchburg City School Board ("Defendants"), hereby respectfully moves this Court to permit him to withdraw as counsel and in support states as follows.

I will be retiring from McGuireWoods LLP as of December 31, 2021 and must withdraw as counsel. Liberty Defendants will continue to be represented in this case by other attorneys at McGuireWoods LLP including Katherine Lehnen and Micah

1

B. Schwartz. Reasonable notice of my withdrawal of appearance in this case has been given to the Defendants.

WHEREFORE, I respectfully request that the Court enter an Order permitting me to withdraw.

Dated: December 8, 2021                                  Respectfully submitted,

*/s/ R. Craig Wood*
R. Craig Wood
MCGUIREWOODS LLP
323 Second St., NE
Suite 700
Charlottesville, Virginia 22902
(434) 977-2558
*cwood@mcguirewoods.com*

*Counsel for Defendants-Appellees*

# CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2021, I filed the foregoing with the Clerk of the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system, which will provide a notice of electronic filing to all parties.

*/s/ R. Craig Wood*
R. Craig Wood
