No. 21-1512

In the

# United States Court of Appeals
## For the Fourth Circuit

───────────────

JOHN CLINTON MCCLAIN, III,

*Plaintiff-Appellant*,

v.

LYNCHBURG CITY SCHOOLS /
LYNCHBURG CITY SCHOOL BOARD,

*Defendant-Appellee*.

───────────────

On Appeal from the United States District Court
for the Western District of Virginia at Lynchburg
Case No. 6:19-cv-00011-NKM
Honorable Norman K. Moon

───────────────

**MOTION TO WITHDRAW KATHERINE E. LEHNEN AS COUNSEL**

───────────────

Pursuant to Fourth Circuit Local Rule 46(c), Katherine E. Lehnen respectfully moves this Court to permit her to withdraw as counsel for Appellee Lynchburg City Schools / Lynchburg City School Board (collectively, "LCS"). McGuireWoods LLP is no longer representing LCS for purposes of this appeal. LCS will continue to be represented by Micah B. Schwartz and Williams Mullen.

Undersigned counsel has conferred with counsel of record for all parties, who do not object to the filing of this motion. This withdrawal will cause no prejudice to the parties.

Dated: May 31, 2023

Respectfully submitted,

*/s/ Katherine E. Lehnen*
Katherine E. Lehnen
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-7887
F: (804) 698-2187
klehnen@mcguirewoods.com

2

## **CERTIFICATE OF COMPLIANCE**

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 88 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point Times New Roman style.

Dated:  May 31, 2023                                               */s/ Katherine E. Lehnen*
                                                                               Katherine E. Lehnen

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2023, the foregoing was filed with the Clerk of the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

*/s/ Katherine E. Lehnen*
Katherine E. Lehnen

4